FILED: October 1, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2107
(1:25-cv-01434-RDA-LRV)
_____

ARLINGTON SCHOOL BOARD

      Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

      Defendants - Appellees

-------------------------------

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

      Amici Supporting Appellee

_____

O R D E R
_____

Upon consideration of submissions relative to appellant's emergency motion for injunction pending appeal, the court denies the motion.

Entered at the direction of Chief Judge Diaz with the concurrence of Judge Richardson and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk