FILED:  October 31, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2107
(1:25-cv-01434-RDA-LRV)

_____

ARLINGTON SCHOOL BOARD

        Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the
United States; UNITED STATES DEPARTMENT OF EDUCATION

        Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE;
NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.; NAACP

        Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA

        Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of the proposed intervenor's motion to intervene and for a temporary restraining order and preliminary injunction, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk