FILED: December 12, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2087 (L)
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

        Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

        Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE; NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; NAACP

        Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; AMERICA FIRST LEGAL FOUNDATION

        Amici Supporting Appellee

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file an amicus

curiae brief, the court grants the motion filed by **America First Legal Foundation.**

The court accepts the brief for filing.

**America First Legal Foundation** is directed to file the amicus brief on the docket using the separate amicus brief entry within three days of the date of this order and submit four paper copies to the court.

For the Court

/s/ Nwamaka Anowi, Clerk