# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

---

## FAIRFAX COUNTY SCHOOL BOARD and ARLINGTON COUNTY SCHOOL BOARD,

*Plaintiffs-Appellants,*

v.

## LINDA MCMAHON, in her official capacity as Secretary of Education of the United States and UNITED STATES DEPARTMENT OF EDUCATION,

*Defendants-Appellees.*

---

## AMICUS CURIAE AMERICA FIRST LEGAL FOUNDATION'S MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 46(c), Amicus Curiae America First Legal Foundation (AFL) respectfully requests the Court grant this motion to withdraw the appearance of counsel Mr. Andrew Block, and in support thereof states:

1.     Mr. Andrew Block has accepted an employment opportunity outside of AFL.

2.     Amicus curiae AFL will continue to be represented by Mr. Ian Prior, who has already noted his appearance in this matter.

3.     Amicus curiae AFL has had reasonable notice of this motion and consents to the request by Mr. Block to withdraw as counsel.

## CONCLUSION

For the foregoing reasons, and pursuant to Local Rule 46(c), Amicus Curiae AFL requests that this Court **GRANT** this Motion to Withdraw the Appearance of Counsel Andrew Block in the above-captioned matter.

DATED: December 30, 2025

Respectfully submitted,

*/s/ Andrew J. Block*

Andrew J. Block
Ian D. Prior
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 836-7658
ian.prior@aflegal.org
andrew.block@aflegal.org

*Attorneys for Amicus Curiae*
*America First Legal Foundation*

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 123 words. This motion complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

*/s/ Andrew J. Block*
Andrew J. Block

# CERTIFICATE OF SERVICE

I certify that on December 30, 2025, I electronically filed this document with the Clerk of this Court by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Andrew J. Block*
Andrew J. Block