FILED: January 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2107
(1:25-cv-01434-RDA-LRV)

_____

ARLINGTON SCHOOL BOARD

      Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

      Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE; NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; NAACP

      Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; AMERICA FIRST LEGAL FOUNDATION

      Amici Supporting Appellees

_____

No. 25-2087
(1:25-cv-01432-RDA-LRV)

_____

FAIRFAX COUNTY SCHOOL BOARD

        Plaintiff - Appellant

v.

LINDA MCMAHON, in her official capacity as Secretary of Education of the United States; UNITED STATES DEPARTMENT OF EDUCATION

        Defendants - Appellees

------------------------------

EQUALITY VIRGINIA; ARLINGTON GENDER IDENTITY ALLIANCE; NORTHERN VIRGINIA FAMILIES; NAACP LEGAL DEFENSE AND EDUCATION FUND, INC.; NAACP

        Amici Supporting Appellant

ALLIANCE DEFENDING FREEDOM; COMMONWEALTH OF VIRGINIA AND 20 OTHER STATES; AMERICA FIRST LEGAL FOUNDATION

        Amici Supporting Appellees

_____

O R D E R

_____

This case is scheduled for oral argument on March 29, 2026.

Upon consideration of the proposed intervenor's motion to intervene, the court denies the motion.

                                        For the Court

                                        /s/ Nwamaka Anowi, Clerk